■ In the Matter of the Estate of FRANK A. CHIRICO, Deceased. RITA EREDICS, Appellant.—In an accounting proceeding, Rita Eredics, the attorney for the co-executors of the estate of Frank A. Chirico, deceased, appeals from so much of a decree of the Surrogate's Court, Queens County (Laurino, S.), dated November 27, 1989, as, without a hearing, disallowed, in part, her claims for certain legal fees.

Ordered that the decree is affirmed insofar as appealed from, without costs or disbursements *(see, Matter of Verplanck,* 151 AD2d 767; *Matter of Von Hofe,* 145 AD2d 424). Bracken, J. P., Kooper, Sullivan and Lawrence, JJ., concur.